AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 1:05cr00333-002 |
| Michael A. Medley ) | USM No: 30121-160 |
| Date of Previous Judgment: 7-11-06 ) | Edward Bryan |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  x  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,
THE GOVERNMENT HAS NO OPPOSITION
**IT IS ORDERED** that the motion is:

DENIED.    X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  140 months  months is reduced to  120 months .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 140 to 175 months | Amended Guideline Range: | 120 to 150 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
x  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

### III. ADDITIONAL COMMENTS
If this sentence exceeds the amount of time the defendant has already served
The sentence is reduced to a "Time Served" sentence.

Except as provided above, all provisions of the judgment dated  7-11-06  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: _____

Effective Date:  June 3, '08

Judge's signature

Ann Aldrich, United States District Judge